IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DERRICK T. CALHOUN,           )
                              )
    Plaintiff,                )
                              )
                              )   CIVIL ACTION NO.
    v.                        )      2:02cv1157-T
                              )          (WO)
RUSSELL THOMAS and            )
FRANK WHEELER,                )
                              )
    Defendants.               )
```

### JUDGMENT

On April 12, 2005, after this cause had been submitted to a jury, a verdict was returned as follows:

### I. EXCESSIVE FORCE CLAIM

1. May plaintiff Derrick Calhoun prevail on his claim of use of excessive force?

   Yes _____

   No __X__

   **xxx**

### II. DENIAL OF MEDICAL TREATMENT CLAIM

(5) May plaintiff Derrick Calhoun prevail on his claim that the defendants were deliberately indifferent to his serious medical need?

```
                    Yes  _____

                    No    X

                         XXX
```

SO SAY WE ALL.

```
                         /s/ Winton Blount, III
                              Foreperson
```

Dated: <u>April 12, 2005</u>

It is therefore the ORDER, JUDGMENT, and DECREE of the court that judgment is entered in favor of defendants Russell Thomas and Frank Wheeler and against plaintiff Derrick T. Calhoun, with plaintiff Calhoun taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Calhoun, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 19th day of April, 2005.

```
                    /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE
```